| Attorney or Party without Attorney:<br>Michael B. Shortnacy, Esq. (SBN 277035)<br>SHOOK, HARDY & BACON L.L.P.<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone No: 424-285-8330<br>Attorney For: Defendants UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC | Ref. No. or File No.:<br>ROE CL 6 VS UBER | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* Jane Roe CL 6
*Defendant:* Uber Technologies, Inc., et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-05647-CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons on a Third-Party Complaint; Third-Party Complaint; Complaint; Master Long-Form Complaint; Short-Form Complaint and Demand for Jury Trial; Exhibit A-C

3. a. Party served: William Miller III
   served under F.R.C.P. Rule 4.

4. Address where the party was served: 2617 S Skyway Road, Peoria, IL 61603

5. I served the party:
   a. **by substituted service.** On: Tue, Jan 07 2025 at: 03:37 PM by leaving the copies with or in the presence of:
   Jodi Miller, Wife/Co-Resident / Served under F.R.C.P. Rule 4.

   (1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

12459886
(14021674)
Page 1 of 2

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Michael B. Shortnacy, Esq. (SBN 277035)<br>SHOOK, HARDY & BACON L.L.P.<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone No: 424-285-8330<br>Attorney For: Defendants UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC | Ref. No. or File No.:<br>ROE CL 6 VS UBER | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: Jane Roe CL 6
Defendant: Uber Technologies, Inc., et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-05647-CRB |
|---|---|---|---|---|

**6. Person Who Served Papers:**
a. Jessica Roper
b. FIRST LEGAL
   600 W. Santa Ana Blvd., Ste. 101
   SANTA ANA, CA 92701
c. (714) 541-1110

d. **The Fee** for Service was: $478.09

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

01/08/2025                   *Jessica Rope* (Signature)
(Date)



| Attorney or Party without Attorney:<br>Michael B. Shortnacy, Esq. (SBN 277035)<br>SHOOK, HARDY & BACON L.L.P.<br>2121 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone No: 424-285-8330<br><br>Attorney For: Defendants UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC | Ref. No. or File No.:<br>ROE CL 6 VS UBER | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: Jane Roe CL 6<br>Defendant: Uber Technologies, Inc., et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-05647-CRB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons on a Third-Party Complaint; Third-Party Complaint; Complaint; Master Long-Form Complaint; Short-Form Complaint and Demand for Jury Trial; Exhibit A-C

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:
   a. Date of Mailing: Tue, Jan 7, 2025
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: William Miller III
      2617 S Skyway Road, Peoria, IL 61603

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Jan 7, 2025 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Ruben Fragoso (2886, Orange County)
   b. **FIRST LEGAL**
      600 W. Santa Ana Boulevard, Suite 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was:
   e. I am: Not a Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

01/08/2025
(Date)

(Signature)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

12459886
(14021674)