February 18, 2025

Hon. Charles R. Breyer

U.S. District Court

Northern District of California

450 Golden Gate Ave 16th Floor

San Francisco, CA 94102

Re: Civil Action No. 3:23-cv-005647-CRB     MDL No. 3084 CRB

Dear Hon. Charles R. Breyer,

I am William Miller III, the *pro se* Third-party Defendant in the above captioned case. I am writing to respectfully request an extension of time to file a response to the Summons on a Third-party complaint I received on January 7th, 2025.

This is my first such request for an extension. I have reached out to the opposing council through email about this extension. The opposing council has agreed to my request.

One of the attorneys I contacted on January 9th had my file for 2 weeks and called me the afternoon on the date the original response was due, January 29th and said she was unable to take my case. I am requesting an additional 30 days so that I can do more research due to the complexity of this case and try to retain council.

I thank the Court in advance for its consideration.

I am also sending copies of this letter to the Third-party Plaintiffs attorney's and to the original Plaintiffs attorney's.

Respectfully submitted,

*[signature: William Miller III]*

William Miller III

*Pro se* Third-party Defendant

FILED
FEB 24 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA