```
RANDALL S. LUSKEY (SBN: 240915)
    rluskey@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

ROBERT ATKINS (Pro Hac Vice admitted)
    ratkins@paulweiss.com
CAITLIN E. GRUSAUSKAS (Pro Hac Vice admitted)
    cgrusauskas@paulweiss.com
ANDREA M. KELLER (Pro Hac Vice admitted)
    akeller@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990
```

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.;
RASIER, LLC; and RASIER-CA, LLC

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Judge:    Honorable Charles Breyer |
| This Document Relates to:<br><br>*Jane Roe CL 6 v. Uber Technologies, Inc.,*<br>Case No.: 3:23-cv-05647-CRB | **STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO DISMISS AND MOTION FOR PROTECTIVE ORDER** : ORDER |

## STIPULATION

**WHEREAS**, on December 18, 2024, Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC (collectively, "Uber") filed their Third-Party Complaint against Third-Party Defendant William D. Miller, III. (ECF 15). In response, on March 13, 2025,

---

STIPULATION AND **[PROPOSED]** ORDER                    Case No. 3:23-cv-05647-CRB

1  Third-Party Defendant filed a Motion to Dismiss the Third-Party Complaint and Motion for Protective

2  Order. (ECF 29 and 31). Pursuant to Local Rule 7-3, Uber must file its opposition by March 27, 2025.

3  **WHEREAS**, the parties have met and conferred, and have agreed that Third-Party Plaintiffs

4  should be permitted a brief extension of the March 27 deadline to respond to Third-Party Defendant's

5  Motion to Dismiss and Motion for Protective Order.

6  **WHEREAS**, specifically the parties have agreed that Third-Party Plaintiffs may have until

7  April 17, 2025 to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective

8  Order. This also would extend Third-Party Defendant's deadline to file replies to April 24, 2025.

9  **WHEREAS**, there has been one prior extension of time in this case when Third-Party Plaintiff

10  agreed to give Third-Party Defendant additional time to respond to the Third-Party Complaint.

11  **THEREFORE,** the parties respectfully request that the Court enter the parties' stipulation

12  that: the March 27, 2025, deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's

13  Motion to Dismiss herein is extended to April 17, 2025, and Third-Party Defendant's deadline to file

14  replies in support of his Motion to Dismiss and Motion for Protective Order is extended to April 24,

15  2025.

16  **IT IS SO STIPULATED.**

DATED: March 26, 2025                     Respectfully submitted,

**SHOOK HARDY & BACON L.L.P.**

By: */s/ Maria Salcedo*
      MARIA SALCEDO

MARIA SALCEDO (Admitted *Pro Hac Vice*)
    msalcedo@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

   MICHAEL B. SHORTNACY

MICHAEL B. SHORTNACY (SBN: 277035)
    mshortnacy@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2121 Avenue of the Stars, Suite 1400

2

Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

PATRICK OOT (Admitted *Pro Hac Vice*)
   oot@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1800 K St. NW Ste. 1000
Washington, DC 20006
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

KYLE N. SMITH (*Pro Hac Vice* admitted)
   ksmith@paulweiss.com
JESSICA E. PHILLIPS (*Pro Hac Vice* admitted)
   jphillips@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorney for Defendants/Third-Party Plaintiffs*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

DATED: March 26, 2025

By: */s/ William Miller, III* _____
   William D. Miller, III
   Bartonville, IL 61607
   309-678-0852
   jodimiller3@icloud.com
   Pro Se

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Roe CL 6 v. Uber Technologies, Inc.,*<br>Case No.: 3:23-cv-05647-CRB | MDL No. 3084 CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR THIRD-PARTY PLAINTIFFS UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC TO RESPOND TO THIRD-PARTY DEFENDANT'S MOTION TO DISMISS AND MOTION FOR PROTECTIVE ORDER** |

PURSUANT TO STIPULATION, IT SO ORDERED:

1. The Stipulation Extending Time for Defendants/Third-Party Plaintiffs Uber Technologies, Inc., Raiser, LLC, and Rasier-CA, LLC to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order is **GRANTED**.

2. The March 27, 2025 deadline for Third-Party Plaintiffs to respond to Third-Party Defendant's Motion to Dismiss and Motion for Protective Order is extended to April 17, 2025, and Third-Party Defendant's deadline to file reply in support of his Motion to Dismiss and Motion for Protective Order is extended to April 24, 2025.

**IT IS SO ORDERED.**

DATED: March __27__, 2025

_____
Charles R. Breyer
United States District Judge